WVND (Rev. 07/24) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

United States of America
v.
11573705
2587-1010-0029-B

James Mansfield Davis
*Defendant*

Case No.  1:24-cr-00018

RECEIVED
By PTaylor at 12:19 pm, Oct 10, 2024

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   James Mansfield Davis,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:
Please see the attached Order on Petition.

Date: 10/10/2024

CLERK OF COURT
**WARRANT**
/s/ **Cheryl Dean Riley**
*Signature*

City and state:  Clarksburg, WV

CHERYL DEAN RILEY, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 10/10/2024, and the person was arrested on *(date)* 10/15/24
at *(city and state)* WILLIAMSBURG, VA.

Date: 10/16/24

*Arresting officer's signature*

For: **DUSM Frederick**
*Printed name and title*